**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARLO E. CEROME, | : | |
| | : | |
| Petitioner, | : | Civil No. 11-1588 (FSH) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ERIC HOLDER, et al., | : | |
| | : | |
| Respondents. | : | |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey, attorney for Respondents, (Charles Graybow, Assistant U.S. Attorney, appearing), and the Court having considered the matter and determined that Petitioner has been removed from this country and is no longer in the custody of the Respondents,

IT IS on this 18th day of July, 2011

ORDERED that the Petition is hereby DISMISSED as moot.

s/ Faith S. Hochberg
FAITH S. HOCHBERG
United States District Judge